**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

December 12, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

RE:   SUAREZ, Sean
Docket No. 5:07CR50093-001
**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance on the above-mentioned case. Sean Suarez was transferred to the Western District of Arkansas pursuant to a Treaty Transfer as outlined in 18 U.S.C. § 4106A(b)(3). Suarez was arrested in Mexico, on March 21, 2006, for Introducing Counterfeit Currency into Mexico. Suarez was sentenced in Mexico to 5 years imprisonment. Suarez was incarcerated in Mexico for about 5 months before being transferred to the United States Bureau of Prisons. After his transfer, the United States Parole Commission recommended Suarez serve a 20 month prison sentence due to the inhumane conditions he endured in the Mexican prison. On August 31, 2007, Suarez was released from BOP custody to serve a 3-year term of supervised release with a special condition of drug testing and/or treatment.

On September 5, 2007, Suarez reported to the probation office where his conditions of supervision were read and explained. Suarez indicated that he understood his conditions. On November 26, 2007, Suarez voluntarily admitted to using methamphetamine at a party on November 23, 2007. Suarez submitted a urine sample that day, and it tested negative for controlled substances. Suarez further stated that he needed some help with his drug addiction. Suarez was counseled on his drug use and was provided with contact information to drug treatment facilities in the area.

Since our meeting, Suarez contacted Decision Point in Springdale, Arkansas. The counselor at Decision Point conducted an intake interview with Suarez. The counselor recommended that Suarez attend AA and NA meetings, but said that an intensive treatment program would not be necessary. According to the Presentence Report, Suarez completed a 30 day treatment program about 5 years ago, and a 10 month, 11 day, correctional drug treatment program. Suarez will be monitored through more frequent drug testing and by showing his NA and AA attendance records. Based on the above information, it is respectfully recommended that no adverse action be taken at this time. If further information is required, please let me know.

Respectfully,

Trent M. Thompson
U.S. Probation Officer

_✓_ Take No Action
___ Submit Petition for Viol. Hearing
___ Other _____

Reviewed by:

William E. Dunn Jr.
Supervising U.S. Probation Officer

Honorable Jimm Larry Hendren     Date
Chief U.S. District Judge

12/13/07

WESTERN DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 13 2007
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK